**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN SUMMERSET, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:25-cv-11121-PBS |

**LIBERTY MUTUAL INSURANCE COMPANY'S**
**MOTION TO BIFURCATE DISCOVERY**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Defendant Liberty Mutual Insurance Company ("Liberty Mutual") moves for entry of an order phasing discovery in Plaintiff Karen Summerset's ("Plaintiff") putative class action lawsuit alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* As set forth in Liberty Mutual's Memorandum of Law in Support of its Motion to Bifurcate Discovery filed herewith, in order to effectively manage this litigation, conserve party and judicial resources, and resolve factual disputes as to the merits of Plaintiff's individual claim, discovery should be conducted in three separate phases: (1) discovery into Plaintiff's individual claim, (2) discovery into the appropriateness of class certification if Plaintiff's claim proceeds, and (3) if any class is ultimately certified, merits discovery for the case.

WHEREFORE, Liberty Mutual respectfully requests that this Court enter an Order phasing discovery in this matter pursuant to Federal Rules of Civil Procedure 16(b)(4) and 42(b).

*[Signatures on Next Page]*

Respectfully Submitted,

Liberty Mutual Insurance Company,

By its attorney,

*/s/ Kevin P. Polansky*
Kevin P. Polansky, Esq. (BBO #667229)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Tel. (617) 217-4700
Fax (617) 217-4710

Dated: June 24, 2025

## CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF).

Dated: June 24, 2025

*/s/ Kevin P. Polansky*
Kevin P. Polansky