UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN SUMMERSET, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:25-cv-11121-PBS |

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS
MOTION TO BIFURCATE DISCOVERY**

Defendant Liberty Mutual Insurance Company ("Liberty Mutual" or "Defendant"), pursuant to Local Rule 7.1(b)(3), hereby moves this Court for leave to file a Reply Memorandum of Law ("Reply Memorandum") in Support of its Motion to Bifurcate Discovery. A copy of the proposed Reply Memorandum is attached hereto as Exhibit A. In support of this Motion, Liberty Mutual states:

1. On June 24, 2025, Liberty Mutual filed its Motion to Bifurcate Discovery and Memorandum of Law in Support thereof. *See* ECF Nos. 11, 12.

2. In its pending Motion to Bifurcate, Liberty Mutual has proposed that discovery in this action be conducted in three separate phases: (1) discovery into Plaintiff's individual claim under 47 U.S.C. § 227(b)(1)(A), (2) discovery into the appropriateness of class certification if Plaintiff's claim proceeds, and (3) if any class is ultimately certified, merits discovery for the class. *See* ECF No. 11 at 1; *see also* ECF No. 12 at 1.

1

3. On June 25, 2025, this Court entered an order scheduling a hearing on Liberty Mutual's pending Motion to Bifurcate for July 24, 2025, at 3:45 p.m. ECF No. 13.

4. On July 2, 2025, Plaintiff Karen Summerset ("Plaintiff") filed her Opposition to the pending Motion to Bifurcate. ECF No. 14. In her Opposition, Plaintiff contends that bifurcation in this case is unwarranted, inefficient, duplicative, and prejudicial. *See generally id.*

5. Liberty Mutual's proposed Reply Memorandum seeks to respond to the myriad arguments raised in Plaintiff's Opposition. Liberty Mutual submits that its Reply Memorandum will assist the Court in resolving the pending Motion to Bifurcate by further articulating why a three-phased discovery approach in this action will conserve time and resources for the parties and the Court alike—thereby promoting judicial economy—and permit the resolution of potentially dispositive issues in an efficient and cost-effective manner, without prejudicing Plaintiff or the putative class.

6. Plaintiff will not be prejudiced by the filing of the proposed Reply Memorandum.

7. On July 14, 2025, counsel for Liberty Mutual conferred with Plaintiff's counsel concerning its intent to file the Reply Memorandum; Plaintiff takes no position on the matter.

WHEREFORE, Liberty Mutual respectfully requests that the Court grant this Motion for Leave to file the attached Reply Memorandum in Support of Liberty Mutual's pending Motion to Bifurcate Discovery.

*[Signatures on Following Page]*

Respectfully Submitted,

Liberty Mutual Insurance Company,

By its attorney,

/s/ Kevin P. Polansky
Kevin P. Polansky, Esq. (BBO #667229)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Tel. (617) 217-4700
Fax (617) 217-4710

Dated: July 15, 2025

**CERTIFICATE OF SERVICE**

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 15, 2025

/s/ Kevin P. Polansky
Kevin P. Polansky