IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| KAREN SUMMERSET, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 25-cv-11121-PBS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
|---|---|

### PROPOSED SCHEDULE

Plaintiff, Karen Summerset ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Defendant" or "Liberty Mutual") (together with Plaintiff, the "Parties"), through their undersigned counsel, submit this Report following the October 30, 2025 Rule 16 conference to submit the below Proposed Pretrial Schedule.

| EVENT | PROPOSAL |
|---|---|
| Deadline to Amend Pleadings | November 28, 2025 |
| Discovery Deadline | June 16, 2026 |
| Plaintiff's Expert Reports | July 16, 2026 |

4927-8723-7239 v.1

| Defendant's Expert Reports | August 17, 2026 |
|---|---|
| Any Reply Reports | September 9, 2026 |
| Class Certification Motion Deadline | September 30, 2026 |
| Summary Judgment Deadline | September 30, 2026 |
| Pretrial Conference | TBD |
| Trial | TBD |

Dated: November 5, 2025                                              Respectfully Submitted,

Attorneys for Plaintiff,                                             Liberty Mutual Insurance Company,
By Counsel                                                            By its attorney,

*/s/ Anthony I. Paronich*                                             */s/ Kevin P. Polansky*
Anthony I. Paronich                                                  Kevin P. Polansky, Esq. (BBO #667229)
PARONICH LAW, P.C.                                                   kevin.polansky@nelsonmullins.com
350 Lincoln Street, Suite 2400                                       Nelson Mullins Riley & Scarborough LLP
Hingham, MA 02043                                                    One Financial Center, Suite 3500
Telephone: (508) 221-1510                                            Boston, MA 02111
anthony@paronichlaw.com                                              Tel. (617) 217-4700

4927-8723-7239 v.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         */s/ Anthony I. Paronich*
                                         Anthony I. Paronich