## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN SUMMERSET, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-11121-PBS |

## JOINT MOTION TO CONTINUE MOTION HEARING

**Pl**aintiff Summerset and Defendant Liberty Mutual Insurance Company (collectively, the "Parties"), by and through undersigned counsel, respectfully move this Honorable Court for an order continuing the motion hearing currently scheduled for February 9, 2026 at 9:30 a.m. by video, on Defendant's Motion to Dismiss Plaintiff Sara Taylor's Claims and to Strike Class (Dkt. No. 37). In support of this Joint Motion, the Parties state as follows:

1. The Court has scheduled a hearing on Defendant's Motion to Dismiss Plaintiff Sara Taylor's Claims and to Strike Class (Dkt. No. 37) for February 9, 2026 at 9:30 a.m. by video.

2. Counsel for the Plaintiff is unavailable on February 9, 2026, and counsel for both Parties are for several weeks thereafter, due to previously scheduled out-of-country travel and trial commitments.

3. The Parties have conferred and jointly request that the Court continue the hearing to a date convenient for the Court.

4. The Parties are mutually available on March 5, 2026, and respectfully request that the hearing be continued to that date, or to such other date and time as the Court deems appropriate.

5.      This request is made in good faith, not for delay, and to ensure full and effective participation of counsel for all Parties.

WHEREFORE, the Parties respectfully request that the Court allow this Joint Motion and continue the motion hearing currently scheduled for February 9, 2026, and reschedule it for March 5, 2026, or at such other date and time as the Court may determine.

Dated: January 9, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Christopher Gold, Esq. (*admitted pro hac vice*)
Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Kevin P. Polansky*
Kevin P. Polansky, Esq. (BBO #667229)
kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Tel. (617) 217-4700

*Counsel for Defendant Liberty Mutual Insurance Company*