**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN SUMMERSET and SARA TAYLOR, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>  Defendant. | Civil Action No. 1:25-cv-11121-PBS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF SARA TAYLOR

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sara Taylor and Defendant Liberty Mutual Insurance Company, by and through their respective undersigned counsel, hereby stipulate to the dismissal without prejudice of all claims asserted by Plaintiff Sara Taylor in the above-captioned action. Each party shall bear her or its own attorneys' fees and costs. The remaining claims brought Karen Summerset individually and on behalf of others similarly situated remains pending.

Dated: May 27, 2026

| For Plaintiff Sara Taylor: | For Defendant Liberty Mutual Insurance Company: |
|---|---|
| */s/ Anthony I. Paronich*<br>Anthony I. Paronich, Esq.<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com | */s/ Kevin P. Polansky*<br>Kevin P. Polansky, Esq. (BBO #667229)<br>Nelson Mullins Riley & Scarborough LLP<br>One Financial Center, Suite 3500<br>Boston, MA 02111<br>Tel.: (617) 217-4700<br>Fax: (617) 217-4710<br>kevin.polansky@nelsonmullins.com |

1

4908-9871-6079 v.1

2

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin P. Polansky, hereby certify that on May 27, 2026, a true and correct copy of the

foregoing was served on all counsel of record via the Court's ECF system.


Dated: May 27, 2026

/s/ Kevin P. Polansky
Kevin P. Polansky

4908-9871-6079 v.1