**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN SUMMERSET, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-11121-PBS |
| LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

NOW COME the Parties, Plaintiff Karen Summerset ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Defendant"), and hereby jointly and respectfully move this Court to modify the Scheduling Order entered on March 9, 2026. *See* Docket No. 49 (adopting schedule set forth in Docket No. 30). As set forth herein, the Parties jointly request that the Court extend the deadlines set forth in the below table in light of the need for additional time to complete discovery.

The Parties propose the following modifications to the current schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | June 16, 2026 | September 16, 2026 |
| Plaintiff's Expert Reports | July 16, 2026 | October 16, 2026 |
| Defendant's Expert Reports | August 17, 2026 | November 17, 2026 |
| Any Reply Reports | September 9, 2026 | December 9, 2026 |
| Class Certification Motion Deadline | September 30, 2026 | December 30, 2026 |
| Summary Judgment Deadline | September 30, 2026 | December 30, 2026 |

As grounds for this Joint Motion, the Parties state the following:

1.      On March 9, 2026, this Court entered a Scheduling Order setting the above deadlines. *See* Docket Entry No. 49 (adopting schedule set forth in Docket Entry No. 30).

1

2.      The Parties have been actively engaged in discovery, including written discovery and the exchange of multiple sets of interrogatory responses and document productions.  On May 21, 2026, Defendant took the deposition of Plaintiff Karen Summerset, and Defendant has also subpoenaed Bobby Summerset, a third-party witness, for deposition, though the noticed date was not available for Plaintiff's counsel and the Parties are currently coordinating a new date.  The Parties are also in the process of coordinating a date for the deposition of Defendant's representative.  Additionally, Plaintiff Sara Taylor recently dismissed her claims, narrowing the scope of the case and requiring the Parties to reassess their respective discovery needs in light of that dismissal.  Despite their diligence, the Parties require additional time to complete fact discovery, including the completion of pending depositions and Defendant's outstanding third-party subpoenas, the information from which will assist both Parties, before meaningfully proceeding to expert disclosures and dispositive motions.

3.      This is the first request by either Party to modify the Scheduling Order.

4.      No party will be prejudiced by the allowance of the relief requested herein, particularly where the Parties are moving jointly and working together cooperatively to adhere to the Court's deadlines.

WHEREFORE, for the foregoing reasons, and upon a showing of good cause pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.1(g), the Parties jointly and respectfully move this Court to modify the current Scheduling Order in accordance with the proposed deadlines set forth herein. The Parties certify that they have conferred in good faith regarding the relief requested herein, as evidenced by the joint nature of this motion.

Dated: June 5, 2026

| | |
|---|---|
| **For Plaintiff Karen Summerset:** | **For Defendant Liberty Mutual Insurance Company:** |
| */s/ Anthony I. Paronich* | |
| Anthony I. Paronich, Esq. | */s/ Kevin P. Polansky* |
| Paronich Law, P.C. | Kevin P. Polansky, Esq. (BBO #667229) |
| 350 Lincoln Street, Suite 2400 | Nelson Mullins Riley & Scarborough LLP |
| Hingham, MA 02043 | One Financial Center, Suite 3500 |
| (508) 221-1510 | Boston, MA 02111 |
| anthony@paronichlaw.com | Tel.: (617) 217-4700 |
| | Fax: (617) 217-4710 |
| | kevin.polansky@nelsonmullins.com |

## CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that on June 5, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system.

Dated: June 5, 2026

*/s/ Kevin P. Polansky*
Kevin P. Polansky