**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN SUMMERSET and SARA TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-11121-PBS |

**JOINT MOTION TO CONTINUE MEDIATION**

Plaintiff Karen Summerset and Defendant Liberty Mutual Insurance Company, by and through their respective counsel, jointly move to continue the mediation presently scheduled before Magistrate Judge Jennifer C. Boal, together with the deadline for submission of mediation statements. In support of this Joint Motion, the parties state as follows:

1. The Court has scheduled this matter for mediation before Magistrate Judge Jennifer C. Boal.

2. The parties have continued to engage in discovery and case preparation in advance of the mediation. Most recently, on August 24, 2026, Defendant served its Fourth Supplemental Responses to Plaintiff's First Set of Requests for Production and made an additional document production.

3. In light of the ongoing discovery and the parties' desire to ensure that the mediation occurs at a time when the parties are in the best position to meaningfully evaluate the

claims and defenses and engage in productive settlement discussions, the parties agree that a brief continuance of the mediation is appropriate.

4. Continuing the mediation will permit the parties to complete additional necessary discovery and will facilitate a more informed and productive mediation.

5. The requested continuance is sought jointly, in good faith, and not for purposes of delay.

6. Because the deadline for the parties' mediation statements is approaching, the parties further request that the mediation-statement deadline be continued and reset in accordance with the new mediation date.

WHEREFORE, the parties respectfully request that the Court continue the presently scheduled mediation before Magistrate Judge Boal, continue the related mediation-statement deadline, and reschedule the mediation and associated submissions for dates convenient to the Court and the parties.

Dated: August 28, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Christopher Gold, Esq. (*admitted pro hac vice*)
Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Kevin Polansky*
Kevin Polansky
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: (617) 217-4720
Facsimile: (617) 217-4710
kevin.polansky@nelsonmullins.com

*Counsel for Defendant*