**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KAREN SUMMERSET**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY**,<br><br>Defendant. | Civil Action No. 1:25-cv-11121-PBS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Massachusetts Local Rule 83.5.3(b), Anthony I. Paronich, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Alex N. Jilizian, member of the bars of the states of California and Virginia, to this Court. Alex N. Jilizian seeks to appear and practice in this Court as co-counsel for Plaintiff Karen Summerset.

In support of this motion, I have attached a sworn certification by Alex N. Jilizian that: (1) they are a member of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for the Defendant has been consulted and has no opposition to this motion.

WHEREFORE, it is respectfully requested that Alex N. Jilizian be admitted to practice before this Court *pro hac vice* for the purpose of representing Plaintiff Karen Summerset in this Court in this matter.

Dated: September 9, 2026

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Anthony I. Paronich, hereby certify that on September 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 9th day of September, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com