**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KAREN SUMMERSET**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY**,<br><br>Defendant. | Civil Action No. 1:25-cv-11121-PBS |

**CERTIFICATION OF ALEX N. JILIZIAN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Alex N. Jilizian, on oath, depose and state that:

1. I am an attorney with offices located at 350 Lincoln Street, Suite 2400, Hingham, MA 02043.

2. I am an active member of the bars in the state of California. I am admitted to practice and in good standing in the following states and federal jurisdictions:

**STATE COURTS**

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of California | 362307 | 6/26/2025 | Yes |

**FEDERAL COURTS**

| Court | Admission Date | In Good Standing? |
|---|---|---|
| U.S.D.C., Northern District of California | 7/8/2025 | Yes |
| U.S.D.C., Central District of California | 7/16/2025 | Yes |
| U.S.D.C., Western District of Arkansas | 12/31/2025 | Yes |
| U.S.D.C., Eastern District of California | 6/12/2026 | Yes |
| U.S.D.C., Southern District of California | 7/6/2026 | Yes |

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the facts and legal issues presented in this case.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. This certification is executed in connection with Plaintiff's Motion for Admission *Pro Hac Vice*, by and through counsel, Anthony I. Paronich, to admit me *pro hac vice* for the purpose of acting as co-counsel for Plaintiff Karen Summerset, in connection with this matter.

I certify that the above information is true and correct.

Dated: September 9, 2026

By: */s/ Alex N. Jilizian*

Alex N. Jilizian
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Anthony I. Paronich, hereby certify that on September 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 9th day of September, 2026.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com