**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN SUMMERSET, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.

Civil Action No. 1:25-cv-11121-PBS

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

NOW COME the Parties, Plaintiff Karen Summerset ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Defendant"), and hereby jointly and respectfully move this Court to modify the Scheduling Order entered on June 10, 2026. *See* Docket No. 53 (adopting schedule set forth in Docket No. 52). As set forth herein, the Parties jointly request that the Court extend the deadlines set forth in the below table in light of the need for additional time to complete discovery.

The Parties propose the following modifications to the current schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | September 16, 2026 | November 15, 2026 |
| Plaintiff's Expert Reports | October 16, 2026 | December 15, 2026 |
| Defendant's Expert Reports | November 17, 2026 | January 16, 2027 |
| Any Reply Reports | December 9, 2026 | February 7, 2026 |
| Class Certification Motion Deadline | December 30, 2026 | February 28, 2027 |
| Summary Judgment Deadline | December 30, 2026 | February 28, 2027 |

As grounds for this Joint Motion, the Parties state the following:

1. On March 9, 2026, this Court entered a Scheduling Order setting the case deadlines. *See* Docket Entry No. 49 (adopting schedule set forth in Docket Entry No. 30). On June 10, 2026, upon the Parties' joint motion, the Court modified that schedule, extending the discovery deadline

to September 16, 2026 and the deadline for class certification and summary judgment motions to December 30, 2026. *See* Docket Entry Nos. 52, 53.

2. The Parties have been actively engaged in discovery, including written discovery and the exchange of multiple sets of interrogatory responses and document productions. On May 21, 2026, Defendant took the deposition of Plaintiff Karen Summerset, and on September 10, 2026, Plaintiff took the Rule 30(b)(6) deposition of Defendant. The Parties are also coordinating the deposition of third-party SmartFinancial concerning the leads and consent evidence at issue. In addition, Defendant served document subpoenas on third parties Interactive Marketing Solutions, Inc. and iconectiv, LLC on August 31, 2026, and continues to work cooperatively with those non-parties on their responses. Despite their diligence, the Parties require additional time to complete fact discovery, including the completion of the SmartFinancial deposition and Defendant's outstanding third-party subpoenas, the information from which will assist both Parties, before meaningfully proceeding to expert disclosures and dispositive motions.

3. The Parties previously sought one modification of the Scheduling Order, which the Court allowed on June 10, 2026. *See* Docket Entry No. 53. This is the Parties' second request to modify the schedule.

4. No party will be prejudiced by the allowance of the relief requested herein, particularly where the Parties are moving jointly and working together cooperatively to adhere to the Court's deadlines.

WHEREFORE, for the foregoing reasons, and upon a showing of good cause pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.1(g), the Parties jointly and respectfully move this Court to modify the current Scheduling Order in accordance with the proposed deadlines set forth herein. The Parties certify that they have conferred in good faith regarding the relief requested herein, as

evidenced by the joint nature of this motion.

Dated: September 18, 2026

**For Plaintiff Karen Summerset:**

*/s/ Anthony I. Paronich*
Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**For Defendant Liberty Mutual Insurance Company:**

*/s/ Kevin P. Polansky*
Kevin P. Polansky, Esq. (BBO #667229)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Tel.: (617) 217-4700
Fax: (617) 217-4710
kevin.polansky@nelsonmullins.com

## CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that on September 18, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system.

Dated: September 18, 2026

*/s/ Kevin P. Polansky*
Kevin P. Polansky