UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN SUMMERSET, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.

Civil Action No. 1:25-cv-11121-PBS

## JOINT MOTION TO MODIFY SCHEDULING ORDER

NOW COME the Parties, Plaintiff Karen Summerset ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Defendant"), and hereby jointly and respectfully move this Court to modify the Scheduling Order entered on June 10, 2026. *See* Docket No. 53 (adopting schedule set forth in Docket No. 52). As set forth herein, the Parties jointly request that the Court extend the deadlines set forth in the below table in light of the need for additional time to complete discovery.

The Parties propose the following modifications to the current schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | September 16, 2026 | November 15, 2026 |
| Plaintiff's Expert Reports | October 16, 2026 | December 15, 2026 |
| Defendant's Expert Reports | November 17, 2026 | January 16, 2027 |
| Any Reply Reports | December 9, 2026 | February 7, 2026 |
| Class Certification Motion Deadline | December 30, 2026 | February 28, 2027 |
| Summary Judgment Deadline | December 30, 2026 | February 28, 2027 |

As grounds for this Joint Motion, the Parties state the following:

1. On March 9, 2026, this Court entered a Scheduling Order setting the case deadlines. *See* Docket Entry No. 49 (adopting schedule set forth in Docket Entry No. 30). On June 10, 2026, upon the Parties' joint motion, the Court modified that schedule, extending the discovery deadline

9/23/26
allowed