UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN SUMMERSET, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant | CIVIL ACTION NO. 1:25-cv-11121-PBS |

**NOTICE OF APPEARANCE OF PATRICK S. TRACEY**

Please enter the appearance of undersigned Patrick S. Tracey as attorney for Defendant Liberty Mutual Insurance Company.

Respectfully submitted,

Liberty Mutual Insurance Company,

By its attorney,

*/s/ Patrick S. Tracey*

Patrick S. Tracey, BBO No. 659626
131 Dartmouth Street, Suite 501
Boston, MA 02116
(617) 912-0947
patrick.tracey@saul.com

DATED: September 25, 2026

**CERTIFICATE OF SERVICE**

I, Patrick S. Tracey, hereby certify that this document has been served on plaintiff's counsel on September 25, 2026, via electronic mail, as follows:

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*/s/ Patrick S. Tracey*
Patrick S. Tracey