**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN SUMMERSET, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.

Civil Action No. 1:25-cv-11121-PBS

## JOINT MOTION TO CONTINUE MEDIATION

Plaintiff Karen Summerset and Defendant Liberty Mutual Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, jointly move to continue the Court-sponsored mediation presently scheduled for November 12, 2026, and to permit the Parties to pursue private mediation instead. In support, the Parties state as follows:

1. On October 30, 2025, the Court referred this matter to alternative dispute resolution for September or October 2026. ECF No. 28.
2. On August 28, 2026, the Parties jointly moved to continue the mediation. ECF No. 54. The Court granted that motion and rescheduled the mediation before Magistrate Judge Jennifer C. Boal for November 12, 2026, with a preliminary conference scheduled for November 9, 2026. ECF No. 55.
3. Since that time, the Parties have continued to engage in discovery and discussions concerning the litigation and the prospect of resolution. The Parties believe that additional time will facilitate a more productive mediation.

4. Following discussions between counsel, the Parties have agreed that proceeding with private mediation later this year would be preferable to conducting the presently scheduled Court-sponsored mediation. The Parties intend to confer regarding the selection of a private mediator and a mutually agreeable mediation date.
5. Accordingly, the Parties jointly request that the Court continue and remove from its calendar the November 12, 2026 mediation and November 9, 2026 preliminary conference, and permit the Parties to proceed with private mediation by February 28, 2027.
6. The Parties will promptly notify the Court of the outcome of the private mediation and whether any further Court involvement in settlement discussions is necessary.
7. This request is made jointly, in good faith, and for the purpose of facilitating meaningful settlement discussions. The Parties do not seek any modification of the existing discovery, class certification, or dispositive motion deadlines through this motion.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion, continue and remove from the calendar the November 12, 2026 Court-sponsored mediation and November 9, 2026 preliminary conference, and permit the Parties to pursue private mediation to be completed by February 28, 2027.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Counsel for Plaintiff

*/s/ Kevin P. Polansky*
Kevin P. Polansky
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
kevin.polansky@nelsonmullins.com

Counsel for Defendant