**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN SUMMERSET, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.

Civil Action No. 1:25-cv-11121-PBS

**ASSENTED TO MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), with the assent of Plaintiff Karen Summerset, moves under Federal Rule of Civil Procedure 26(c) for entry of the Stipulated Protective Order attached as Exhibit 1. In support, Liberty Mutual states as follows:

1. Discovery in this action involves production of confidential, proprietary, and private information, including personal identifying information of consumers who are not parties to this action and confidential commercial information of the parties and of non-parties.

2. Liberty Mutual has served document subpoenas on non-parties Interactive Marketing Solutions, Corp. (“IMS”) and iconectiv, LLC (“iconectiv”). The documents sought include Wireless Do Not Call service agreements, registration forms, letters of agency, and related records. IMS holds those records subject to contractual confidentiality obligations to iconectiv.

3. IMS and iconectiv have each asked that their productions be made under a stipulated protective order entered by the Court.

4. The proposed order is based on the model stipulated protective order commonly used in this District.

5. Good cause exists for entry of the order. It protects consumer personal information and confidential commercial information from public disclosure and from use outside this litigation. It also enables the non-party productions to proceed.

6. The current fact discovery deadline is November 15, 2026. Prompt entry of the order will allow IMS and iconectiv to complete their productions within the discovery period. Liberty Mutual therefore respectfully requests that the Court enter the order at its earliest convenience.

WHEREFORE, Liberty Mutual respectfully requests that the Court enter the Stipulated Protective Order attached as Exhibit 1.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Liberty Mutual certifies that counsel conferred with counsel for Plaintiff regarding this motion on November 2, 2026 and November 9, 2026, and Plaintiff assents to the relief requested.

Dated: November 9, 2026

**For Defendant Liberty Mutual Insurance Company:**

*/s/ Kevin P. Polansky*
Kevin P. Polansky, Esq. (BBO #667229)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Tel.: (617) 217-4700
Fax: (617) 217-4710
kevin.polansky@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I, Kevin P. Polansky, hereby certify that on November 9, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system.

Dated: November 9, 2026

*/s/ Kevin P. Polansky*
Kevin P. Polansky