**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN SUMMERSET, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.

Civil Action No. 1:25-cv-11121-PBS

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

NOW COME the Parties, Plaintiff Karen Summerset ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Defendant"), and hereby jointly and respectfully move this Court to modify the existing Scheduling Order to extend the deadlines by an additional sixty (60) days. As set forth herein, the Parties jointly request this modification to permit the completion of outstanding discovery, including discovery involving third-party SmartFinancial.com Insurance Agency LLC ("SmartFinancial"), and to provide sufficient time for expert disclosures and the preparation of class certification and dispositive motions.

The Parties propose the following modifications to the current schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | November 15, 2026 | January 14, 2027 |
| Plaintiff's Expert Reports | December 15, 2026 | February 13, 2027 |
| Defendant's Expert Reports | January 16, 2027 | March 17, 2027 |
| Any Reply Reports | February 7, 2026 | April 8, 2027 |
| Class Certification Motion Deadline | February 28, 2027 | April 29, 2027 |
| Summary Judgment Deadline | February 28, 2027 | April 29, 2027 |

As grounds for this Joint Motion, the Parties state the following:

1. The Parties have been actively engaged in discovery, including written discovery, document productions, and depositions. Defendant took Plaintiff's deposition on May 21, 2026, and Plaintiff took Defendant's Rule 30(b)(6) deposition on September 10, 2026. The Parties have also pursued discovery from third parties concerning the leads, communications, and consent evidence at issue in this action.

2. In particular, Plaintiff served a subpoena on SmartFinancial seeking documents and testimony concerning matters relevant to Plaintiff's claims and the proposed class. Counsel for Plaintiff and SmartFinancial have conferred regarding the subpoena and the scope of the requested discovery but have not resolved their dispute. Plaintiff anticipates pursuing enforcement of the subpoena, which may require proceedings before the appropriate court pursuant to Federal Rule of Civil Procedure 45. The Parties therefore require additional time to resolve the outstanding issues, obtain responsive discovery, and complete SmartFinancial's deposition.

3. Although the outstanding SmartFinancial discovery is a principal reason for the requested extension, the Parties agree that the discovery deadline should be extended generally rather than limited to that deposition or a particular category of discovery. The requested extension will permit the Parties to complete any additional discovery that may reasonably become necessary during the extended discovery period, including appropriate follow-up discovery arising from the outstanding third-party productions and testimony.

4. The Parties have continued to work cooperatively to complete discovery and advance this litigation. However, the unresolved third-party discovery issues, including the potential need for subpoena enforcement proceedings, have prevented the Parties from completing discovery within the existing schedule despite their diligence. The additional sixty days will

provide a reasonable opportunity to complete the remaining discovery and will allow the Parties to prepare expert disclosures, class certification briefing, and dispositive motions on a more complete factual record.

5. The Parties jointly request that the expert disclosure, class certification, and summary judgment deadlines also be extended by sixty days to preserve the existing sequence of deadlines and afford the Parties sufficient time to evaluate the discovery obtained.

6. The requested extension is made in good faith and not for purposes of delay. Neither Party will be prejudiced by the requested modification, and both Parties agree that the extension is appropriate under the circumstances.

WHEREFORE, for the foregoing reasons, and upon a showing of good cause pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.1(g), the Parties jointly and respectfully move this Court to modify the current Scheduling Order in accordance with the proposed deadlines set forth herein. The Parties certify that they have conferred in good faith regarding the relief requested herein, as evidenced by the joint nature of this motion.

Dated: November 9, 2026

**For Plaintiff Karen Summerset:**

*/s/ Anthony I. Paronich*
Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**For Defendant Liberty Mutual Insurance Company:**

*/s/ Kevin P. Polansky*
Kevin P. Polansky, Esq. (BBO #667229)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Tel.: (617) 217-4700
Fax: (617) 217-4710
kevin.polansky@nelsonmullins.com