**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KAREN SUMMERSET, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.

Civil Action No. 1:25-cv-11121-PBS

## JOINT MOTION TO MODIFY SCHEDULING ORDER

NOW COME the Parties, Plaintiff Karen Summerset ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Defendant"), and hereby jointly and respectfully move this Court to modify the existing Scheduling Order to extend the deadlines by an additional sixty (60) days. As set forth herein, the Parties jointly request this modification to permit the completion of outstanding discovery, including discovery involving third-party SmartFinancial.com Insurance Agency LLC ("SmartFinancial"), and to provide sufficient time for expert disclosures and the preparation of class certification and dispositive motions.

The Parties propose the following modifications to the current schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | November 15, 2026 | January 14, 2027 |
| Plaintiff's Expert Reports | December 15, 2026 | February 13, 2027 |
| Defendant's Expert Reports | January 16, 2027 | March 17, 2027 |
| Any Reply Reports | February 7, 2026 | April 8, 2027 |
| Class Certification Motion Deadline | February 28, 2027 | April 29, 2027 |
| Summary Judgment Deadline | February 28, 2027 | April 29, 2027 |



11/12/26
Allowed
Patti B Saris